UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.**, <br><br>  Plaintiff, <br><br> v. <br><br> **APPLE, INC.** and <br> **CELLCO PARTNERSHIP d/b/a** <br> **VERIZON WIRELESS**, <br><br>  Defendants. | Civil Action No. 6:12-cv-000124 (LED) |

**PLAINTIFF'S REPLY TO COUNTERCLAIMS**
**OF DEFENDANT CELLCO PARTNERSHIP**
**d/b/a VERIZON WIRELESS**

Plaintiff, ADAPTIX Inc. ("ADAPTIX"), replies to the Counterclaims of defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon"), as follows:

**NATURE OF THE ACTION**

1. ADAPTIX denies that its allegations of infringement are baseless. ADAPTIX admits the remaining allegations of paragraph 1.

2. Admitted.

3. Admitted.

4. Admitted.

**JURISDICTION AND VENUE**

5. Admitted.

06016820

6. ADAPTIX denies that venue is more appropriate and convenient in another District. ADAPTIX admits that venue for Verizon's Counterclaims is legally proper in this District.

## PARTIES

7. Admitted.

8. Admitted.

## FIRST COUNTERCLAIM

9. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

10. Denied.

11. Denied.

## SECOND COUNTERCLAIM

12. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

13. Denied.

14. Denied.

## THIRD COUNTERCLAIM

15. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

16. Denied.

17. Denied.

## FOURTH COUNTERCLAIM

18. ADAPTIX repeats and re-alleges the allegations contained in paragraphs 1-8 above as if fully set forth herein.

19. Denied.

20. Denied.

## PRAYER FOR RELIEF

**WHEREFORE**, ADAPTIX respectfully requests that this Court:

a. Enter judgment in favor of ADAPTIX on all issues set forth in Verizon's Answer, Affirmative Defenses and Counterclaims;

b. Deny all relief requested in Verizon's Answers, Affirmative Defenses and Counterclaims;

c. Grant the relief requested by ADAPTIX in its Complaint, and

d. Grant ADAPTIX such further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

ADAPTIX demands trial by jury on all issues raised in Verizon's Counterclaims so triable.

Date:  May 2, 2012                              **ADAPTIX, INC.**


                                               By: <u>Paul J. Hayes (w/permission Wes Hill)</u>
T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

Paul J. Hayes – LEAD ATTORNEY
Dean G. Bostock
**HAYES BOSTOCK & CRONIN LLC**
300 Brickstone Square, Suite 901
Andover, MA  01810
Tel:  (978) 809-3850
Fax: (978) 809-3869
Email:  phayes@hbcllc.com
Email:  dbostock@hbcllc.com

**ATTORNEYS FOR THE PLAINTIFF
ADAPTIX, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 2nd day of May, 2012.

/s/ Wesley Hill
Wesley Hill