1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**
10            **SAN FRANCISCO DIVISION**
11
12  ADAPTIX, INC.,                          Case No. 13-cv-01776 NC

            Plaintiff,                      **SUA SPONTE JUDICIAL**
13                                          **REFERRAL FOR PURPOSES OF**
                                            **DETERMINING RELATIONSHIP**
14      v.                                  **OF CASES**

15  APPLE, INC., et al.,
16            Defendants.
17
18      In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the
19  above captioned case is referred to Magistrate Judge Maria-Elena James to determine
20  whether it is related to *Adaptix, Inc. v. Motorola Mobility LLC, et al.*, Case No. 13-cv-
21  01774 MEJ.
22      IT IS SO ORDERED.
23      Date: April 29, 2013
24                                          _____
                                            Nathanael M. Cousins
25                                          United States Magistrate Judge
26
27
28

Case No. 13-cv-01776 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES