Christopher D. Banys (State Bar No. 230038)
Richard C. Lin       (State Bar No. 209233)
Daniel M. Shafer    (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff, Adaptix, Inc.

*[ATTORNEYS FOR ADDITIONAL PARTIES LISTED ON SIGNATURE PAGES]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC., CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS<br><br>            Defendants. | Case No.  3:13-cv-01776-NC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**  AND MODIFIED ORDER |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Initial Case Management Conference currently set for May 29, 2013.  The parties request that the CMC be continued to Wednesday, July 17, 2013.

In support of this stipulated request, the parties state as follows:

1. This case is one of six cases, all recently transferred to this District, for which an unopposed Administrative Motion to Consider Cases Related is currently pending before Judge

1 Hamilton.  (*See* Dkt. No. 31 in Case No. 3:13-cv-01774-PJH.)  The cases in question
2 (including this case) are:
3     a.   Adaptix v. Motorola Mobility LLC, et al., Case No. 3:13-cv-1774-PJH (N.D. Cal.)
4     b.   Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1776-NC (N.D. Cal.)
5     c.   Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1777-MMC (N.D. Cal.)
6     d.   Adaptix v. AT&T Mobility LLC, et al., Case No. 3:13-cv-1778-NC (N.D. Cal.)
7     e.   Adaptix v. HTC Corp., et al., Case No. 5:13-cv-1844-PSG (N.D. Cal.)
8     f.   Adaptix v. Apple Inc., et al., Case No. 4:13-cv-2023-EMC (N.D. Cal.)

2. The Administrative Motion To Consider Cases Related is unopposed.  In the event that the Administrative Motion is granted, the parties' understanding is that this case may be assigned to another judge who would set his or her own CMC date.  (*See* Declaration of Daniel M. Shafer ["Shafer Decl."], filed herewith.)

3. In addition, two parties to this case have filed a Declination to Proceed Before a Magistrate Judge and Request For Reassignment to a United States District Judge.  (Dkt. Nos. 73, 74.)  The parties' understanding is that this will also result in reassignment of this case, and vacation of the currently-scheduled CMC.  (Shafer Decl.)

4. There have been no previous time modifications requested by the parties in this case.  The CMC date in question was modified once by the Court acting *sua sponte*.  (Dkt. No. 61.)  There are currently no scheduled dates subsequent to the CMC in question, so the requested modification will have no further effect on the case schedule.  (Shafer Decl.)

WHEREFORE, the parties respectfully request, in the interest of efficiency, that the upcoming CMC currently set for May 29, 2013, be continued until **Wednesday, July 24, 2013** (and that the related deadlines originally set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 58) also be continued accordingly), pending the Court's decision on the Administrative Motion to Consider Cases Related, and/or pending the Court's action on the Declinations to Proceed Before a Magistrate.

| | |
|---|---|
| Dated: May 17, 2013 | Respectfully submitted, |
| | By: */s/ Daniel M. Shafer* |
| | Christopher D. Banys |
| | Richard C. Lin |
| | Daniel M. Shafer |
| | cdb@banyspc.com |
| | rcl@banyspc.com |
| | dms@banyspc.com |
| | BANYS, P.C. |
| | 2200 Geng Road, Suite 200 |
| | Palo Alto, California 94303 |
| | Telephone:  (650) 308-8505 |
| | Facsimile:   (650) 322-9103 |
| | **Attorneys for Plaintiff, ADAPTIX, INC.** |
| | By: */s/ Geoffrey Mark Godfrey* |
| | Mark Donnell Flanagan |
| | Robert Michael Galvin |
| | Geoffrey Mark Godfrey |
| | Mark.Flanagan@wilmerhale.com |
| | Robert.Galvin@wilmerhale.com |
| | Geoff.Godfrey@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94303 |
| | Tel:  (650) 858-6000 |
| | Fax: (650) 858-6100 |
| | **Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless** |
| | By: */s/ Jonathan Hardt* |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone:     (650) 858-6000 |

|   |   |
|---|---|
| 1 | Facsimile: (650) 858-6100 |
| 2 | Jonathan Hardt (*pro hac vice*) |
|   | (jonathan.hardt@wilmerhale.com) |
| 3 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 4 | 1875 Pennsylvania Ave. NW |
|   | Washington, DC 20006 |
| 5 | Telephone: (202) 663-6000 |
| 6 | Facsimile: (202) 663-6363 |
| 7 | **Attorneys for Defendant and** |
|   | **Counterclaim-Plaintiff Apple Inc.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to July 24, 2013 at 10:00 a.m. and the case management deadlines are continued accordingly.

_____     May 20, 2013
Magistrate Judge Nathanael Cousins

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff Adaptix, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*