UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>                Defendants. | **Case No. 3:13-cv-1776-NC**<br><br>[~~PROPOSED~~] **ORDER GRANTING VERIZON'S MOTION TO WITHDRAW POTTER MINTON, P.C. AS COUNSEL**<br><br>Judge: Hon. Nathanael M. Cousins |

     IT IS ORDERED that Potter Minton, P.C. is hereby withdrawn as counsel of record for Cellco Partnership d/b/a Verizon Wireless in the above-referenced case. The Clerk is to remove Michael E. Jones, at mikejones@potterminton.com, and Patrick C. Clutter, IV, at patrickclutter@potterminton.com, from the Court's ECF service list for this matter.

Dated: May 30, 2013

_____
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

-1-