| | |
|---|---|
| 1 | HAYES, MESSINA, GILMAN & HAYES, LLC |
| | Paul J. Hayes (Admitted *Pro Hac Vice*) |
| | phayes@hayesmessina.com |
| 2 | Steven E. Lipman (Admitted *Pro Hac Vice*) |
| | slipman@hayesmessina.com |
| 3 | 300 Brickstone Square, 9th Floor |
| | Andover, MA 01810 |
| 4 | Telephone: (978) 809-3850 |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | ADAPTIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 5:13-CV-01774-PSG |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** |
| v. | |
| MOTOROLA MOBILITY LLC, *et al.*, | Judge: Paul S. Grewal |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-CV-1776-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.*, | |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-CV-1777-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.*, | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | ADAPTIX, INC. | Case No. 5:13-CV-1778-PSG |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | AT&T MOBILITY LLC, *et al.*, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | ADAPTIX, INC. | Case No. 5:13-CV-1844-PSG |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, | |
| 11 | Defendants. | |
| 12 | | |
| 13 | ADAPTIX, INC. | Case No. 5:13-CV-2023-PSG |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | APPLE INC., *et al.*, | |
| 17 | Defendants. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective July 1, 2013, Paul Hayes and Steven Lipman are no longer affiliated with the law firm Hayes, Bostock & Cronin, LLC. All pleadings, notices, correspondence, and other documents for these attorneys should be addressed as follows:

>Paul J. Hayes
>phayes@hayesmessina.com
>Steven E. Lipman
>slipman@hayesmessina.com
>HAYES, MESSINA, GILMAN & HAYES, LLC
>300 Brickstone Square, 9th Floor
>Andover, MA 01810
>Telephone: (978) 809-3850

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS                       1

| | |
|---|---|
| Dated: July 23, 2013 | Respectfully submitted,<br><br>By: _____/s/ Paul J. Hayes_____<br>Paul J. Hayes (*pro hac vice*)<br>phayes@hayesmessina.com<br>Steven E. Lipman (*pro hac vice*)<br>slipman@hayesmessina.com<br>**HAYES, MESSINA, GILMAN & HAYES, LLC**<br>300 Brickstone Square, 9th Floor<br>Andover, MA 01810<br>Tel: (978) 809-3850<br>Fax: (978) 809-3869<br><br>Christopher D. Banys<br>Richard C. Lin<br>Daniel M. Shafer<br>cdb@banyspc.com<br>rcl@banyspc.com<br>dms@banyspc.com<br>**BANYS, P.C.**<br>1032 Elwell Court, Suite 100<br>Palo Alto, California 94303<br>Telephone:  (650) 308-8505<br>Facsimile:   (650) 353-2202<br><br>**Attorneys for Plaintiff**<br>**ADAPTIX, INC.** |

NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS    2