Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　　　Defendants. | **Case No. 5:13-cv-1776-PSG**<br><br>**VERIZON'S NOTICE OF APPEARANCE BY CORTNEY C. HOECHERL**<br><br>Judge:  Hon. Paul S. Grewal |

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") files this Notice of Appearance of Counsel and hereby notifies the Court that Cortney C. Hoecherl of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, Cortney.Hoecherl@wilmerhale.com, is appearing as counsel for Defendant and Counterclaim-Plaintiff Verizon.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

| | |
|---|---|
| Dated: October 4, 2013 | */s/ Cortney C. Hoecherl* |

                                            Mark D. Flanagan (SBN 130303)
                                              mark.flanagan@wilmerhale.com
                                            Robert M. Galvin (SBN 171508)
                                              robert.galvin@wilmerhale.com
                                            Geoffrey M. Godfrey (SBN 228735)
                                              geoff.godfrey@wilmerhale.com
                                            Cortney C. Hoecherl (SBN 245005)
                                              cortney.hoecherl@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                               HALE AND DORR LLP
                                            950 Page Mill Road
                                            Palo Alto, CA  94304
                                            Telephone:     (650) 858-6000
                                            Facsimile:      (650) 858-6100

                                            Attorneys for Defendant
                                            CELLCO PARTNERSHIP d/b/a
                                            VERIZON WIRELESS