# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 9, 2013                                           Time in Court: 22 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

---

**TITLE: Adaptix, Inc. v. Apple, Inc., et al.**
**CASE NUMBER(S): CV13-01776 PSG and CV13-02023 PSG**
Plaintiff Attorney(s) present: Daniel Shafer.  Also present (*telephonically*): Michael Ercolini.
Defendant Attorney(s) present: Mark Selwyn, Mark Flanagan and Geoffrey Godfrey.  Also present (*telephonically*): Craig Davis, Christopher Hughes and Jonathan Hardt.

---

### PROCEEDINGS:
### Adaptix's Motion for Leave to Amend Its Preliminary Infringement Contentions
### (Dkt. Nos. 135 in CV13-01776 PSG and 117 in CV13-02023 PSG)

Counsel present oral arguments.
The court grants Adaptix's motion for leave to amend its preliminary infringement contentions.
Deadline to include additional products set for 12/2/2013.

///