1  Mark D. Flanagan (SBN 130303)
     mark.flanagan@wilmerhale.com
2  Robert M. Galvin (SBN 171508)
     robert.galvin@wilmerhale.com
3  Geoffrey M. Godfrey (SBN 228735)
     geoff.godfrey@wilmerhale.com
4  Cortney C. Hoecherl (SBN 245005)
     cortney.hoecherl@wilmerhale.com
5  WILMER CUTLER PICKERING
     HALE AND DORR LLP
6  950 Page Mill Road
   Palo Alto, CA  94304
7  Telephone:  (650) 858-6000
   Facsimile:   (650) 858-6100

8
   Attorneys for Defendant
9  CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY LLC and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　Defendants. | **Case No. 5:13-cv-1774-PSG**<br><br>**VERIZON'S NOTICE OF SUBPOENA TO ERICSSON INC.**<br><br>Judge:  Hon. Paul S. Grewal |
| ADAPTIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　Defendants. | **Case No. 5:13-cv-1776-PSG**<br><br>**VERIZON'S NOTICE OF SUBPOENA TO ERICSSON INC.**<br><br>Judge:  Hon. Paul S. Grewal |
| ADAPTIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA, INC., and HTC CORPORATION,<br><br>　　　　　Defendants. | **Case No. 5:13-cv-1844-PSG**<br><br>**VERIZON'S NOTICE OF SUBPOENA TO ERICSSON INC.**<br><br>Judge:  Hon. Paul S. Grewal |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Cellco Partnership d/b/a Verizon Wireless, by and through its attorneys, will subpoena documents, objects, and/or information from Ericsson Inc.  The production shall be made at such date, time, and location as is specified in the attached subpoena, or at such date, time, and location as is agreed to by the parties or ordered by the Court.

Dated:  October 15, 2013

*/s/  Geoffrey M. Godfrey*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:      (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS