UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-01776-PSG <br><br> **[**~~PROPOSED~~**]** **ORDER GRANTING ADAPTIX INC.'S MOTION FOR TELECONFERENCE TO RESOLVE ADAPTIX'S REQUEST FOR LEAVE TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS** |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, *et al.*, <br>     Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*, <br>     Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-02023-PSG |

**[**~~PROPOSED~~**] ORDER GRANTING ADAPTIX INC.'S MOTION FOR TELECONFERENCE TO RESOLVE ADAPTIX'S REQUEST FOR LEAVE TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS**

    Adaptix, Inc. ("Adaptix") has filed its Motion for Teleconference to Resolve Adaptix's Request for Leave to Amend its Preliminary Infringement Contentions (Adaptix's "Teleconference Motion"). The Court finds that Adaptix has good cause to request such relief.

1  The Court HEREBY ORDERS that Adaptix's Teleconference Motion is granted. A
2  teleconference will be scheduled for July 28, 2014 at 10:00 AM.

4  DATED: July 10, 2014

_____
HON. Paul S. Grewal
United States Magistrate Judge