1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA
10     SAN JOSE DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01776-PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 296)** |
| APPLE INC., et al., | ) | |
| Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01777-PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 316)** |
| APPLE INC., et al., | ) | |
| Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01778-PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 291)** |
| AT&T MOBILITY LLC., et al., | ) | |
| Defendants. | ) | |

| | |
|---|---|
| ADAPTIX, INC., | Case No. 5:13-cv-01844-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 278)** |
| CELLCO PARTNERSHIP *d/b/a* Verizon Wireless, et al., | |
| Defendants. | |
| ADAPTIX, INC., | Case No. 5:13-cv-02023-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 293)** |
| APPLE INC., et al., | |
| Defendants. | |

The court previously entered two case management statements.[1] Since then, some dates have been moved and altered by the parties.[2] The following case management scheduling order supplements all previously entered orders. Based on the parties' joint case management statement[3] and yesterday's case management conference,

IT IS HEREBY ORDERED that the order of trials will be as follows:

(1) Case No. 5:13-cv-01776 (Apple and Verizon)
(2) Case No. 5:13-cv-01778 (HTC and AT&T)
(3) Case No. 5:13-cv-01777 (and -02023[4]) (Apple and AT&T)
(4) Case No. 5:13-cv-01844 (HTC and Verizon)

---

[1] Case No. 5:13-cv-01776: Docket Nos. 108, 118.

[2] Case No. 5:13-cv-01776: Docket Nos. 120, 129, 143, 148, 251, 277, 280, 291.

[3] Case No. 5:13-cv-01776: Docket No. 296.

[4] The parties shall file a stipulation within one week regarding the overlap between cases -01777 and -02023.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to all parties in this subset of cases ("Wave 1"):

| | |
|---|---|
| Dispositive Motions Opening Briefs | September 26, 2014 |
| Daubert Motions Opening Briefs | October 10, 2014 |
| Opposition Briefs on Dispositive Motions | October 17, 2014 |
| Opposition Briefs on Daubert Motions | October 24, 2014 |
| Reply Briefs on Dispositive Motions | October 31, 2014 |
| Deadline to Complete Expert Depositions | October 31, 2014 |
| Hearing on Dispositive and Daubert Motions | November 4, 2014 at 1:00 PM |

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply only to Adaptix, Apple and Verizon in connection with Case No. 5:13-cv-01776:

| | |
|---|---|
| Trial Briefs | January 16, 2015 |
| Motions *in Limine* | January 16, 2015 |
| Joint Pretrial Statement | January 16, 2015 |
| Witness Lists | January 16, 2015 |
| Exhibit Lists | January 16, 2015 |
| Designations of Deposition Excerpts and Discovery Responses | January 16, 2015 |
| Lodging of Highlighted Deposition Transcripts and Discovery Responses | January 16, 2015 |
| Proposed Voir Dire Questions | January 16, 2015 |
| Proposed Form of Verdict | January 16, 2015 |
| Joint Proposed Jury Instructions | January 22, 2015 |
| Oppositions to Motions *in Limine* | January 22, 2015 |
| Objections and Counter-Designations to Designated Deposition Excerpts and Discovery Responses | January 22, 2015 |
| Objections to Proposed Voir Dire Questions | January 22, 2015 |
| Objections to Proposed Form of Verdict | January 22, 2015 |
| Objections to Exhibits | January 26, 2015 |

Objections to Counter-Designated Deposition Excerpts and

    Discovery Responses .......................................................................... January 26, 2015

Final Pretrial Conference ........................................................... January 27, 2015 at 10:00 AM

First Trial ................................................................................... February 9, 2015 at 9:30 AM

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply only to Adaptix, HTC and AT&T in connection with Case No. 5:13-cv-01778:

Trial Briefs .............................................................................................. April 9, 2015

Motions *in Limine* ................................................................................... April 9, 2015

Joint Pretrial Statement ........................................................................... April 9, 2015

Witness Lists .......................................................................................... April 9, 2015

Exhibit Lists ............................................................................................ April 9, 2015

Designations of Deposition Excerpts and Discovery Responses .......................... April 9, 2015

Lodging of Highlighted Deposition Transcripts and Discovery Responses ......... April 9, 2015

Proposed Voir Dire Questions ................................................................ April 9, 2015

Proposed Form of Verdict ...................................................................... April 9, 2015

Joint Proposed Jury Instructions ........................................................... April 16, 2015

Oppositions to Motions *in Limine* ........................................................ April 16, 2015

Objections and Counter-Designations to Designated Deposition Excerpts

    and Discovery Responses .................................................................. April 16, 2015

Objections to Proposed Voir Dire Questions ........................................ April 16, 2015

Objections to Proposed Form of Verdict .............................................. April 16, 2015

Objections to Exhibits ........................................................................... April 20, 2015

Objections to Counter-Designated Deposition Excerpts and

    Discovery Responses ........................................................................... April 20, 2015

Final Pretrial Conference ............................................................ April 21, 2015 at 10:00 AM

Second Trial .................................................................................. May 11, 2015 at 9:30 AM

**IT IS SO ORDERED.**

Dated: September 24, 2014

                                                */s/ Paul S. Grewal*
                                                PAUL S. GREWAL
                                                United States Magistrate Judge