*[Counsel Listed In Signature Block]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br>            Plaintiff,<br>   v.<br><br>APPLE INC., *et al.*,<br><br>            Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, INC., <br><br>            Plaintiff,<br>   v.<br><br>APPLE INC., *et al.*,<br><br>            Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, INC., <br><br>            Plaintiff,<br>   v.<br><br>AT&T MOBILITY LLC, *et al.*,<br><br>            Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, INC., <br><br>            Plaintiff,<br>   v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>            Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, INC., <br><br>            Plaintiff,<br>   v.<br><br>APPLE INC., *et al.*,<br><br>            Defendants. | Case No. 5:13-cv-02023-PSG |

CASE NOS. 5:13-CV-01776; -01777; -01778; -01844; -02023

STIPULATION AND [~~PROPOSED~~] ORDER

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO SUBMIT MATERIALS IN SUPPORT OF SEALING DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* AND SUMMARY JUDGMENT BRIEFING**

WHEREAS, on October 24, 2014, Plaintiff Adaptix Inc. ("Adaptix") moved to file documents under seal in connection with Adaptix's oppositions to Defendants' *Daubert* motions;

WHEREAS, the current deadline to submit a declaration or other materials in support of sealing documents filed in connection with Adaptix's oppositions is October 28, 2014;

WHEREAS, the current deadline for the parties to submit replies, if any, in support of summary judgment and *Daubert* motions is October 31, 2014;

WHEREAS, the current deadline to submit a declaration or other materials in support of sealing documents filed in connection with the replies, if any, in support of summary judgment and *Daubert* motions is November 4, 2014;

WHEREAS, the parties' counsel agree to extend until November 11, 2014 the deadline for any declarations or other materials in support of sealing documents filed in connection with Adaptix's oppositions to Defendants' *Daubert* motions and the parties' replies regarding their summary judgment and *Daubert* motions; and

WHEREAS, this stipulation and the corresponding extension of time will not require altering any other deadlines presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that, subject to the Court's approval, the deadline for submitting materials in support of sealing documents filed in connection with Adaptix's oppositions to Defendants' *Daubert* motions and the parties' replies regarding their summary judgment and *Daubert* motions shall be extended to November 11, 2014.

Dated:  October 28, 2014        /s/  Paul J. Hayes
Paul J. Hayes (admitted *pro hac vice*)
phayes@hayesmessina.com
Kevin Gannon (admitted *pro hac vice*)
kgannon@hayesmessina.com
Steven E. Lipman (admitted *pro hac vice*)
slipman@hayesmessina.com
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109

1 | Telephone: (617) 439-4200
  | Facsimile: (617) 443-1999
2 |
3 | Christopher D. Banys (SBN 230038)
  | cdb@banyspc.com
4 | Richard C. Lin (SBN 209233)
  | rcl@banyspc.com
5 | BANYS, P.C.
  | 1032 Elwell Court, Suite 100
  | Palo Alto, CA 94303
6 | Telephone: (650) 308-8505
  | Facsimile: (650) 353-2202
7 |
  | *Attorneys for Plaintiff Adaptix, Inc.*
8 |
9 |   /s/ Mark D. Selwyn
  | Mark D. Selwyn (SBN 244180)
10 | mark.selwyn@wilmerhale.com
   | Craig E. Davis (SBN 221356)
11 | craig.davis@wilmerhale.com
   | Andrew L. Liao (SBN 271219)
12 | andrew.liao@wilmerhale.com
   | WILMER CUTLER PICKERING
13 |   HALE AND DORR LLP
   | 950 Page Mill Road
14 | Palo Alto, CA 94304
   | Telephone: (650) 858-6000
15 | Facsimile: (650) 858-6100
16 | Jonathan L. Hardt (admitted *pro hac vice*)
   | jonathan.hardt@wilmerhale.com
17 | WILMER CUTLER PICKERING
   |   HALE AND DORR LLP
18 | 1875 Pennsylvania Ave. NW
   | Washington, D.C. 20006
19 | Telephone: (202) 663-6000
   | Facsimile: (202) 663-6363
20 |
   | *Attorneys for Defendant and*
21 | *Counterclaim-Plaintiff Apple Inc.*
22 |
   | */s/ Geoffrey M. Godfrey*
23 | Mark D. Flanagan (SBN 130303)
   | mark.flanagan@wilmerhale.com
24 | Robert M. Galvin (SBN 171508)
   | robert.galvin@wilmerhale.com
25 | Geoffrey M. Godfrey (SBN 228735)
   | geoff.godfrey@wilmerhale.com
26 | WILMER CUTLER PICKERING
   |   HALE AND DORR LLP
27 | 950 Page Mill Road
   | Palo Alto, CA 94303
28 | Telephone: (650) 858-6000

2

Facsimile: (650) 858-6100

*Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless*

*/s/ Fred I. Williams*
Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
300 West 6th Street, Suite 1900
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Teresa W. Ghali (SBN 252961)
tghali@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

*Attorneys for Defendants AT&T Mobility LLC, HTC Corporation, and HTC America, Inc.*

*/s/ Christopher A. Hughes*
Christopher A. Hughes (admitted *pro hac vice*)
Christopher.Hughes@cwt.com
John T. Moehringer (admitted *pro hac vice*)
John.Moehringer@cwt.com
Regina M. Lutz (admitted *pro hac vice*)
Regina.Lutz@cwt.com
CADWALADER WICKERSHAM
  & TAFT L.L.P.
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

David Clonts (admitted *pro hac vice*)
dclonts@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
1111 Louisiana Street, 44th floor
Houston, TX 77002
Telephone: (713) 220-5886
Facsimile: (713) 236-0822

Douglas M. Kubehl (admitted *pro hac vice*)
doug.kubehl@bakerbotts.com

3

1 | Kurt M. Pankratz (admitted *pro hac vice*)
kurt.pankratz@bakerbotts.com
2 | Jonathan B. Rubenstein (admitted *pro hac vice*)
3 | jonathan.rubenstein@bakerbotts.com
James C. Williams (admitted *pro hac vice*)
4 | james.williams@bakerbotts.com
Johnson Kuncheria (admitted *pro hac vice*)
5 | johnson.kuncheria@bakerbotts.com
BAKER BOTTS L.L.P.
6 | 2001 Ross Avenue, Suite 600
Dallas, TX 75201
7 | Telephone: (214) 953-6500
Facsimile: (214) 953-6503
8 |
Bryant C. Boren, Jr.
9 | bryant.c.boren@bakerbotts.com
Jon V. Swenson
10 | jon.swenson@bakerbotts.com
Gina A. Bibby
11 | gina.bibby@bakerbotts.com
BAKER BOTTS L.L.P
12 | 1001 Page Mill Road
Building One, Suite 200
13 | Palo Alto, CA 94304
Telephone: (650) 739-7500
14 | Facsimile: (650) 739-7699

15 | Jennifer C. Tempesta (admitted *pro hac vice*)
jennifer.tempesta@bakerbotts.com
16 | BAKER BOTTS L.L.P
30 Rockefeller Plaza
17 | 45th Floor
New York, NY 10112
18 | Telephone: (212) 408-2571
Facsimile: (212) 259-2571
19 |
*Attorneys for Defendant*
20 | *AT&T Mobility LLC*

4

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the attorneys signing above for plaintiff Adaptix, Inc., defendants Apple Inc., AT&T Mobility LLC, HTC Corporation, HTC America, Inc. and Cellco Partnership d/b/a Verizon Wireless attest that they have each obtained the concurrence of the other for purposes of filing these papers on behalf of the respective parties in coordinated Case Nos. 5:13-cv-1776, 5:13-cv-1777, 5:13-cv-1778, 5:13-cv-1844, and 5:13-cv-02023.

1  Pursuant to Stipulation, it is so ORDERED.

3  Dated: __October 29__, 2014

*/s/ Paul S. Grewal*
Hon. Paul S. Grewal
United States Magistrate Judge