*[Counsel Listed on Signature Block]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br>AT&T MOBILITY LLC, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br>CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-02023-PSG |

## JOINT STIPULATION REGARDING EXPERT DISCOVERY

Plaintiff, Adaptix, Inc. ("Adaptix"), and Defendants, Apple Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, HTC Corporation, and HTC America, Inc. (collectively, the "Parties"), hereby jointly agree and stipulate as follows:

1     WHEREAS, because scheduling complexities will prevent Adaptix and various defendants in the above-captioned coordinated cases from completing all of the expert depositions by the stipulated October 31, 2014 deadline;

    WHEREAS, the Parties have agreed, subject to the Court's approval, that the parties may complete the remaining depositions of the party's experts after the stipulated October 31, 2014 deadline of each party's respective expert outside the close of expert discovery;

    WHEREAS, the Parties expect to complete all remaining expert depositions no later than December 15, 2014;

    WHEREAS, this extension will not affect any other deadlines in the coordinated cases;

    NOW, THEREFORE, the Parties agree, and request that the Court approve, that the Parties shall have until December 15, 2014 to complete the remaining expert depositions.

Dated: October 31, 2014     Respectfully submitted,

By: */s/ Michael James Ercolini*
Paul J. Hayes (*pro hac vice*)
Kevin Gannon (*pro hac vice*)
Michael J. Ercolini (*pro hac vice*)
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Telephone: (617) 345-6900
Facsimile: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com
Email: mercolini@hayesmessina.com

Christopher D. Banys
Richard C Lin
Jennifer L. Gilbert
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 04303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202
Email:  cdb@banyspc.com
Email:  rcl@banyspc.com
Email:  jlg@banyspc.com

**ATTORNEYS FOR THE PLAINTIFF ADAPTIX, INC.**

| | |
|---|---|
| 1 | Mark D. Selwyn |
| | mark.selwyn@wilmerhale.com |
| 2 | Craig Davis |
| | craig.davis@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 4 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 5 | Telephone: (650) 858-6000 |
| 6 | Facsimile: (650) 858-6100 |
| 7 | Jonathan Hardt |
| | jonathan.hardt@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 9 | 1875 Pennsylvania Ave. NW |
| 10 | Washington, D.C. 20006 |
| | Telephone: (202) 663-6000 |
| 11 | Facsimile: (202) 663-6363 |
| 12 | **Attorneys for Defendant and** |
| | **Counterclaim-Plaintiff Apple Inc.** |
| 13 | |
| 14 | Mark Flanagan |
| | mark.flanagan@wilmerhale.com |
| 15 | Geoff Godfrey |
| | geoff.godfrey@wilmerhale.com |
| 16 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 17 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 18 | Telephone: (650) 858-6000 |
| 19 | Facsimile: (650) 858-6100 |
| 20 | **Attorneys for Defendant and** |
| | **Counterclaim-Plaintiff Cellco Partnership d/b/a** |
| 21 | **Verizon Wireless** |
| 22 | Christopher A. Hughes (*pro hac vice*) |
| | Christopher.Hughes@cwt.com |
| 23 | John T. Moehringer (*pro hac vice*) |
| | John.Moehringer@cwt.com |
| 24 | Robert M. Pollaro (*pro hac vice*) |
| | Robert.Pollaro@cwt.com |
| 25 | Howard Wizenfeld (*pro hac vice*) |
| | Howard.Wizenfeld@cwt.com |
| 26 | Regina M. Lutz (*pro hac vice*) |
| | Regina.Lutz@cwt.com |
| 27 | Michael B. Powell (*pro hac vice*) |
| | Michael.Powell@cwt.com |
| 28 | CADWALADER, WICKERSHAM & TAFT LLP |

| | |
|---|---|
| 1 | One World Financial Center |
| | New York, New York 10281 |
| 2 | Phone:  (212) 504-6000 |
| | Fax: (212) 504-6666 |
| 3 | |
| | Travis M. Jensen |
| 4 | Tjensen@orrick.com |
| | Bas de Blank |
| 5 | basdeblank@orrick.com |
| | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 6 | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| 7 | Phone: (650) 614-7400 |
| | Fax: (650) 614-7401 |
| 8 | |
| 9 | Douglas M. Kubehl (admitted *pro hac vice*) |
| | doug.kubehl@bakerbotts.com |
| 10 | Kurt M. Pankratz (admitted *pro hac vice*) |
| | kurt.pankratz@bakerbotts.com |
| 11 | Jonathan B. Rubenstein (admitted *pro hac vice*) |
| | jonathan.rubenstein@bakerbotts.com |
| 12 | Johnson Kuncheria (admitted *pro hac vice*) |
| 13 | johnson.kuncheria@bakerbotts.com |
| | James C. Williams (admitted *pro hac vice*) |
| 14 | james.williams@bakerbotts.com |
| | BAKER BOTTS L.L.P. |
| 15 | 2001 Ross Avenue, Suite 600 |
| | Dallas, TX 75201 |
| 16 | Telephone: (214) 953-6486 |
| 17 | Facsimile: (214) 661-4486 |
| 18 | Bryant C. Boren, Jr. |
| | bryant.c.boren@bakerbotts.com |
| 19 | Jon V. Swenson |
| 20 | jon.swenson@bakerbotts.com |
| | Gina A. Bibby |
| 21 | gina.bibby@bakerbotts.com |
| | BAKER BOTTS L.L.P |
| 22 | 1001 Page Mill Road |
| 23 | Building One, Suite 200 |
| | Palo Alto, CA 94304 |
| 24 | Telephone: (650) 739-7500 |
| | Facsimile: (650) 739-7699 |
| 25 | |
| | Jennifer C. Tempesta (admitted *pro hac vice*) |
| 26 | jennifer.tempesta@bakerbotts.com |
| | BAKER BOTTS L.L.P |
| 27 | 30 Rockefeller Plaza |
| | 45th Floor |
| 28 | |

New York, NY 10112
Telephone: (212) 408-2571
Facsimile: (212) 259-2571

*Attorneys for Defendant*
*AT&T Mobility LLC*

*/s/ Fred I. Williams*
Fred I. Williams (Admitted *pro hac vice*)
fwilliamsr@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
600 Congress, Suite 1350
Austin, TX 78701
Telephone: 512.499.6200
Facsimile:  512.499.6290

Michael F. Reeder, II (Admitted *pro hac vice*)
mreeder@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile:  713.236.0822

Danielle C. Crockett (SBN 261809)
dcrockett@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile:  415.765.9510

*Attorneys for Defendant*
*HTC Corporation, HTC America, Inc., and*
*AT&T Mobility LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge