1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01776-PSG |
| Plaintiff, | ) ) | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | ) ) | **(Re: Docket Nos. 310, 312, 314, 317, 319,** |
| APPLE INC., et al., | ) ) | **321, 326, 332, 335, 336, 338, 340, 346, 347, 348, 349, 350, 357, 360, 363, 365,** |
| Defendants. | ) ) | **367, 369, 376 & 380)** |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01777-PSG |
| Plaintiff, | ) ) | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | ) ) | **(Re: Docket Nos. 328, 334, 336, 338, 343,** |
| APPLE INC., et al., | ) ) | **348, 351, 366, 367, 372, 376, 379, 380, 383, 387, 388, 389, 390, 391, 393, 406,** |
| Defendants. | ) ) | **411, 414, 416, 418, 420, 422, 428, 429, 432 & 433)** |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:13-cv-01778-PSG |
| Plaintiff, | ) ) | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | ) ) | **(Re: Docket Nos. 297, 303, 305, 306, 309,** |
| AT&T MOBILITY LLC., et al., | ) ) | **311, 314, 328, 332, 333, 336, 339, 343, 344, 345, 346, 355, 358, 360, 362, 364,** |
| Defendants. | ) ) | **369 & 371)** |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| ADAPTIX, INC., | Case No. 5:13-cv-01844-PSG |
| Plaintiff, | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | **(Re: Docket Nos. 287, 289, 290, 293, 295, 299, 302, 303, 306, 308, 310, 313, 317, 318, 319, 320, 327, 329, 331, 332, 335, 340, 341, 342 & 344)** |
| CELLCO PARTNERSHIP *d/b/a* Verizon Wireless, et al., | |
| Defendants. | |
| ADAPTIX, INC., | Case No. 5:13-cv-02023-PSG |
| Plaintiff, | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | **(Re: Docket Nos. 304, 310, 312, 314, 317, 318, 323, 326, 339, 341, 345, 348, 351, 352, 355, 359, 360, 361, 362, 363, 365, 378, 383, 386, 388, 390, 392, 394, 399, 400, 403 & 404)** |
| APPLE INC., et al., | |
| Defendants. | |

Before the court are 136 administrative motions to seal hundreds of documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1]  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2]  Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4]  Records attached to nondispositive motions therefore are not subject

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

to the strong presumption of access.[5]  Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6]  As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8]  "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9]  A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

    In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  "The request must be narrowly tailored to seek sealing only of sealable material, and

---

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

must conform with Civil L.R. 79-5(d)."[12]  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| **Case No. 13-1776** | | | |
| 310 | Verizon's Motion for Summary Judgment of Non-Infringement | See entry re Docket No. 350. | |
| 310 | Exhibit 1 | See entry re Docket No. 350. | |
| 310 | Exhibit 5 | See entry re Docket No. 350. | |
| 310 | Exhibit 6 | See entry re Docket No. 350. | |
| 310 | Exhibit 7 | See entry re Docket No. 350. | |
| 312 | Apple's Motion for Summary Judgment of Non-Infringement | See entry re Docket No. 335. | |
| 312 | Exhibit 1 | See entry re Docket No. 335. | |
| 312 | Exhibit 2 | See entry re Docket No. 335. | |
| 312 | Exhibit 3 | See entry re Docket No. 335. | |
| 312 | Exhibit 7 | DENIED AS MOOT | As conceded at Docket No. 335-1, no party requests sealing of this document. |

---

[12] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).  The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days.  As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

| | | | Apple has since filed the document publicly. |
|---|---|---|---|
| 314 | Defendants' Motion for Summary Judgment of Non-Infringement | Designations highlighted in yellow at Docket No. 314-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 1 | Designations highlighted in yellow at Docket No. 314-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 7 | Designations highlighted in yellow at Docket No. 314-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 8 | Designations highlighted in yellow at Docket No. 314-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 9 | Designations highlighted in yellow at Docket No. 314-9 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 10 | Designations highlighted in yellow at Docket No. 314-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 12 | Designations highlighted in yellow at Docket No. 314-11 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 13 | Designations highlighted in yellow at Docket No. 314-12 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 14 | Designations highlighted in yellow at Docket No. 314-13 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 314 | Exhibit 15 | Designations highlighted in yellow at Docket No. 314-14 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

| 314 | Exhibit 16 | Designations highlighted in yellow at Docket No. 314-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 317 | Apple's Motion for Summary Judgment of Non-Infringement | See entry re Docket No. 335. | |
| 317 | Exhibit 1 | See entry re Docket No. 335. | |
| 317 | Exhibit 3 | See entry re Docket No. 335. | |
| 319 | Verizon's Motion for Summary Judgment of Non-Infringement | See entry re Docket No. 350. | |
| 319 | Exhibit 1 | See entry re Docket No. 350. | |
| 321 | Exhibit 1 | See entry re Docket No. 350. | |
| 321 | Exhibit 6 | See entry re Docket No. 350. | |
| 326 | Apples and Verizon's *Daubert* Motion to Exclude Testimony and Opinion | Designations highlighted in green, blue and yellow at Docket No. 326-4 SEALED; designations highlighted in red at Docket No. 331-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 326 | Exhibit 1 | Designations highlighted in green, blue and yellow at Docket No. 326-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 326 | Exhibit 2 | Designations highlighted in yellow at Docket No. 326-6 SEALED; designations highlighted in red at Docket No. 331-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 326 | Exhibit 3 | Designations highlighted in green and yellow at Docket No. 326-7 SEALED; designations highlighted in red at Docket No. 331-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 326 | Exhibit 5 | Designations highlighted in red at Docket No. 331-5 SEALED; all other designations | Only sealed portions narrowly tailored to confidential business |

United States District Court
For the Northern District of California

| | | UNSEALED. | information. |
|---|---|---|---|
| 332 | Opposition to Adaptix's Motion for Partial Summary Judgment | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 1 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 2 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 3 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 5 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 7 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 8 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 9 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 10 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 11 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 12 | UNSEALED | No declaration in |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| | | | support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 14 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 15 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 16 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 17 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 18 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 19 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 21 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 22 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 23 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |
| 332 | Exhibit 24 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(I). |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 332 | Exhibit 25 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 332 | Exhibit 26 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 27 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 28 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 29 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 30 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 31 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 32 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 332 | Exhibit 33 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 335 | Apple's Motion for Summary Judgment of Non-Infringement | Designations highlighted in blue at Docket No. 335-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 335 | Exhibit 1 | Designations highlighted in blue | Only sealed portions |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | at Docket No. 335-5 SEALED; all other designations UNSEALED. | narrowly tailored to confidential business information. |
|---|---|---|---|
| 335 | Exhibit 2 | Designations highlighted in green and yellow at Docket No. 335-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 335 | Exhibit 3 | Designations highlighted in yellow, blue and orange at Docket No. 335-9 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 349 | Adaptix's Opposition to Apple's Motion for Summary Judgment | Designations highlighted in green at Docket No. 343-1 SEALED; designations highlighted in green at Docket No. 347-3 SEALED; designations highlighted in green at Docket No. 349-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 349 | Declaration of Caloyannides | Designations highlighted in green at Docket No. 343-2 SEALED; designations highlighted in green at Docket No. 347-4 SEALED; designations highlighted in green at Docket No. 349-4 SEALED all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit B | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit C | Designations highlighted in green at Docket No. 343-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit E | SEALED | Only sealed portions narrowly tailored to |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | confidential business information. |
|---|---|---|---|
| 336 | Exhibit F | Designations highlighted in green at Docket No. 343-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 349 | Exhibit G | Designations highlighted in green at Docket No. 343-5 SEALED; designations highlighted in green at Docket No. 349-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 | Exhibit H | Designations highlighted in green at Docket No. 347-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit I | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit J | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 349 | Exhibit K | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 349 | Exhibit L | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 347 349 | Exhibit M | Designations highlighted in green at Docket No. 343-6 SEALED; designations highlighted in green at Docket Nos. 347-6 & 349-6 UNSEALED, to the extent they do not overlap with Docket No. 343-6; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 338 | Exhibit D to Adaptix's Opposition to Defendants' Motion for Summary | Designations highlighted in green at Docket No. 345-1 SEALED; all other designations | Only sealed portions narrowly tailored to confidential business |

**United States District Court**
For the Northern District of California

| | Judgment | UNSEALED. | information. |
|---|---|---|---|
| 340 | Adaptix's Opposition to Verizon's Motion for Summary Judgment | Designations highlighted in green at Docket No. 344-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Declaration of Caloyannides | Designations highlighted in green at Docket No. 344-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit A | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit B | Designations highlighted in green at Docket No. 344-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit E | Designations highlighted in green at Docket No. 344-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit F | Designations highlighted in green at Docket No. 344-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit G | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 340 | Exhibit H | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit I | SEALED | Only sealed portions |

United States District Court
For the Northern District of California

| | | | narrowly tailored to confidential business information. |
|---|---|---|---|
| 340 | Exhibit K | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 340 | Exhibit L | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 340 | Exhibit M | Designations highlighted in green at Docket No. 344-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 346<br>348 | Adaptix's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement | Designations highlighted in green at Docket Nos. 346-4 & 348-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 348 | Caloyannides Declaration | Designations highlighted in green at Docket No. 348-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 350 | Verizon's Motion for Summary Judgment of Non-Infringement | Designations highlighted in yellow and red at Docket No. 350-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 350 | Exhibit 1 | Designations highlighted in orange and red at Docket No. 350-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 350 | Exhibit 5 | DENIED AS MOOT | As conceded at Docket No. 350-1, no party requests sealing of this document. Apple has since filed the document publicly. |
| 350 | Exhibit 6 | Designations highlighted in yellow and green at Docket No. 350-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 350 | Exhibit 7 | Designations highlighted in blue | Only sealed portions |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | at Docket No. 350-10 SEALED; all other designations UNSEALED. | narrowly tailored to confidential business information. |
|---|---|---|---|
| 357<br>376<br>380 | Adaptix's Opposition to Apple and Verizon's *Daubert* Motion | Designations highlighted in green at Docket No. 379-1 SEALED; designations highlighted in green at Docket No. 376-3 SEALED; designations highlighted in red at Docket No. 380-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 357<br>380 | Exhibit A | Designations highlighted in red at Docket No. 380-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 357<br>376 | Exhibit B | Designations highlighted in green at Docket No. 379-2 SEALED; designations highlighted in green at Docket No. 376-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 357<br>376<br>380 | Exhibit C | Designations highlighted in green at Docket No. 376-5 SEALED; designations highlighted in green at Docket No. 379-3 SEALED; designations highlighted in red at Docket No. 380-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 360 | Defendants' Reply in Support of Their Motion for Summary Judgment of Invalidity | Designations highlighted in yellow at Docket No. 360-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 360 | Exhibit 4 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 363 | Apple's Reply in Support of its Motion for Summary Judgment of Non-Infringement | Designations highlighted in red at Docket No. 377-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 363 | Exhibit 8 | Designations highlighted in red at Docket No. 377-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

| 363 | Exhibit 9 | Designations highlighted in red at Docket No. 377-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| --- | --- | --- | --- |
| 363 | Exhibit 10 | Designations highlighted in red at Docket No. 377-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 365 | Verizon's Reply in Support of Its Motion for Summary Judgment of Non-Infringement | Designations highlighted in green at Docket No. 365-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 365 | Exhibit 9 | Designations highlighted in green at Docket No. 365-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 365 | Exhibit 10 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 365 | Exhibit 11 | Designations highlighted in green at Docket No. 365-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 365 | Exhibit 12 | Designations highlighted in green at Docket No. 365-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 365 | Exhibit 13 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 365 | Exhibit 14 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Apple and Verizon's Reply Brief in Support of *Daubert* Motion to Exclude Testimony of Philip Green | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 6 | UNSEALED | No declaration in support filed with the court as required by |

**United States District Court**
**For the Northern District of California**

| | | | Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 367 | Exhibit 7 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 8 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 369 | Defendants' Reply in Support of Motion for Summary Judgment of Non-Infringement | Designations highlighted in yellow at Docket No. 369-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 369 | Exhibit 18 | Designations highlighted in green at Docket No. 369-5 SEALED; designations highlighted in yellow at Docket No. 369-5; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| **Case No. 13-1777** | | | |
| 328 | AT&T's Letter Brief in Support of Motion to Strike | Designations highlighted in yellow at Docket No. 328-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 328 343 | Exhibit 1 | Designations highlighted in yellow or orange at Docket No. 328-7 SEALED; designations highlighted in yellow at Docket No. 343-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 328 | Exhibit 3 | Designations highlighted in yellow at Docket No. 328-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 328 | Exhibit 4 | Designations highlighted in yellow at Docket No. 328-12 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | AT&T's Motion for Summary Judgment of No Direct Infringement | Designations highlighted in yellow at Docket No. 334-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| 334 348 | Exhibit 1 | Designations highlighted in yellow or orange at Docket No. 334-7 SEALED; designations highlighted in yellow at Docket No. 348-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 334 | Exhibit 5 | Designations highlighted in yellow at Docket No. 334-12 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 6 | Designations highlighted in yellow at Docket No. 334-14 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 9 | Designations highlighted in yellow at Docket No. 334-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 348 | Exhibit 10 | Designations highlighted in yellow at Docket No. 334-20 SEALED; designations highlighted in yellow at Docket No. 348-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 11 | Designations highlighted in yellow at Docket No. 334-22 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 12 | Designations highlighted in yellow at Docket No. 334-24 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 13 | Designations highlighted in yellow at Docket No. 334-26 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 334 | Exhibit 15 | Designations highlighted in yellow at Docket No. 334-29 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 379 | Apple's Motion for Summary Judgment of Non-Infringement and | See entry re Case No. 13-1776: Docket No. 335. | |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

17

**United States District Court**
For the Northern District of California

| | | | |
|---|---|---|---|
| | Exhibits | | |
| 338 | Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 314. | |
| 351 | Adaptix's Letter Brief in Opposition to AT&T's Motion to Strike | First full paragraph on page three as designated in declaration at Docket No. 360 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 366 | Apple's and Verizon's *Daubert* Motion to Exclude Testimony and Opinion and Exhibits | See entry re Case No. 13-1776: Docket No. 326. | |
| 367 372 | AT&T, HTC and Verizon's Motion to Strike and Exclude Testimony of Philip Green | Designations highlighted in purple, yellow and turquoise at Docket No. 367-4 SEALED; designations highlighted in yellow at Docket No. 372-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 372 | Exhibit 1 | Designations highlighted in yellow at Docket No. 367-5 SEALED; designations highlighted in yellow at Docket No. 372-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 2 | Designations highlighted in yellow at Docket No. 367-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 4 | Designations highlighted in yellow at Docket No. 367-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 372 | Exhibit 5 | Designations highlighted in yellow at Docket No. 367-8 SEALED; designations highlighted in yellow at Docket No. 372-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 6 | Designations highlighted in purple at Docket No. 367-9 SEALED; all other designations | Only sealed portions narrowly tailored to confidential business |

| | | UNSEALED. | information. |
|---|---|---|---|
| 367 | Exhibit 7 | Designations highlighted in yellow at Docket No. 367-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 8 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 9 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 10 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 11 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 12 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 13 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 367 | Exhibit 15 | Designations highlighted in yellow at Docket No. 367-17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 16 | Designations highlighted in purple at Docket No. 367-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 17 | Designations highlighted in turquoise and purple at Docket No. 367-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| 367<br>372 | Exhibit 18 | Designations highlighted in yellow at Docket No. 367-20 SEALED; designations highlighted in yellow at Docket No. 372-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 19 | Designations highlighted in purple at Docket No. 367-21 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 20 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 376 | Opposition to Adaptix's Motion for Partial Summary Judgment and Exhibits | See entry re Case No. 13-1776: Docket No. 332. | |
| 380<br>388<br>389 | Adaptix's Opposition to Apple's Motion for Summary Judgment of Non-Infringement | Designations highlighted in green at Docket No. 389-3 SEALED; designations highlighted in green at Docket No. 388-3 SEALED EXCEPT for those lines identified at Docket No. 388-1 at ¶ 8; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>388<br>389 | Caloyannides Declaration | Designations highlighted in green at Docket No. 389-4 SEALED; designations highlighted in green at Docket No. 388-4 SEALED EXCEPT for those lines identified at Docket No. 388-1 at ¶ 8; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>388 | Exhibit B | Designations highlighted in green at Docket No. 388-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>388 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 380 | Exhibit D | SEALED | Only sealed portions narrowly tailored to |

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

| 388 | | | confidential business information. |
|---|---|---|---|
| 380<br>389 | Exhibit E | Designations highlighted in green at Docket No. 389-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>388 | Exhibit F | Designations highlighted in green at Docket No. 388-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>389 | Exhibit G | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 380<br>388 | Exhibit H | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387<br>391 | Adaptix's Opposition to AT&Ts Motion for Summary Judgment | Designations highlighted in green and yellow at Docket No. 387-3 SEALED EXCEPT for those lines identified at Docket No. 387-1 at ¶ 8; designations highlighted in green at Docket No. 391-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387<br>391 | Caloyannides Declaration | Designations highlighted in green and yellow at Docket No. 387-4 SEALED EXCEPT for those lines identified at Docket No. 387-1 at ¶ 8; designations highlighted in green at Docket No. 391-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387 | Exhibit B | Designations highlighted in green at Docket No. 387-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 383 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 387 | | | information. |
| 383<br>391 | Exhibit E | Designations highlighted in green at Docket No. 391-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387 | Exhibit F | Designations highlighted in green at Docket No. 387-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>391 | Exhibit G | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387 | Exhibit H | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 383<br>387<br>391 | Exhibit I | Designations highlighted in green at Docket No. 387-7 SEALED; designations highlighted in green at Docket No. 391-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 390 | Adaptix's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement | Designations highlighted in green at Docket No. 390-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 390 | Caloyannides Declaration | Designations highlighted in green at Docket No. 390-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 393<br>429<br>432 | Adaptix's Opposition to AT&T, HTC and Verizon's Motion to Exclude the Opinions and Testimony of Philip Green | Designations highlighted in red at Docket No. 432-3 SEALED; designations highlighted in green at Docket No. 429-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 393<br>432 | Exhibit A | Designations highlighted in red at Docket No. 432-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 393 | Exhibit B | Designations highlighted in green at Docket No. 429-4 | Only sealed portions narrowly tailored to |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 429 | | SEALED; all other designations UNSEALED. | confidential business information. |
|---|---|---|---|
| 406 428 433 | Adaptix's Opposition to Apple and Verizon's *Daubert* Motion to Exclude Testimony of Philip Green | Designations highlighted in green at Docket No. 428-3 SEALED; designations highlighted in red at Docket No. 433-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 406 433 | Exhibit A | Designations highlighted in red at Docket No. 433-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 406 428 | Exhibit B | Designations highlighted in green at Docket No. 428-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 411 | AT&T's Reply in Support of its Motion for Summary Judgment of No Direct Infringement | Designations highlighted in yellow at Docket No. 411-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 411 | Exhibit 18 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 414 | Defendants' Reply in Support of their Motion for Summary Judgment of Invalidity and Exhibits | See entry re Case No. 13-1776: Docket No. 360. | |
| 416 | Apple's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 363. | |
| 418 | Apple and Verizon's Reply Brief in Support of *Daubert* Motion to Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1776: Docket No. 367. | |
| 420 | Defendants' Reply in Support of Motion for Summary Judgment of Non-Infringement | Designations highlighted in yellow at Docket No. 420-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 420 | Exhibit 18 | Designations highlighted in yellow at Docket No. 420-4 | Only sealed portions narrowly tailored to |

United States District Court
For the Northern District of California

| | | SEALED; all other designations UNSEALED. | confidential business information. |
|---|---|---|---|
| 422 | AT&T, HTC and Verizon's Reply in Support of Motion to Strike and Exclude the Opinions and Testimony of Philip Green | Designations highlighted in yellow at Docket No. 422-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 422 | Exhibit 22 | Designations highlighted in yellow at Docket No. 422-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 422 | Exhibit 23 | Designations highlighted in yellow at Docket No. 422-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 422 | Exhibit 24 | Designations highlighted in yellow at Docket No. 422-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 422 | Exhibit 25 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 422 | Exhibit 26 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| **Case No. 13-1778** | | | |
| 303<br>311 | AT&T's Motion for Summary Judgment of No Direct Infringement and Exhibits | See entry re Case No. 13-1777: Docket Nos. 334, 348. | |
| 305 | HTC's Motion for Summary Judgment of No Direct Infringement | Designations highlighted in yellow at Docket No. 305-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 305 | Exhibit 1 | Designations highlighted in yellow at Docket No. 305-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 305 | Exhibit 6 | Designations highlighted in yellow at Docket No. 305-13 | Only sealed portions narrowly tailored to |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | SEALED; all other designations UNSEALED. | confidential business information. |
|---|---|---|---|
| 305 | Exhibit 7 | Designations highlighted in yellow at Docket No. 305-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 314. | |
| 297 309 | AT&T's Letter Brief in Support of Motion to Strike and Exhibits | See entry re Case No. 13-1777: Docket Nos. 328; 343. | |
| 314 | Adaptix's Letter Brief in Opposition to AT&T's Motion to Strike and Exhibits | See entry re Case No. 13-1777: Docket Nos. 351. | |
| 328 332 | AT&T, HTC and Verizon's Motion to Strike and Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket Nos. 367, 372. | |
| 333 | Opposition to Adaptix's Motion for Partial Summary Judgment and Exhibits | See entry re Case No. 13-1776: Docket No. 332. | |
| 336 343 | Adaptix's Opposition to HTC's Motion for Summary Judgment | Designations highlighted in yellow and green at Docket No. 343-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Caloyannides Declaration | Designations highlighted in yellow and green at Docket No. 343-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Exhibit A | Designations highlighted in green at Docket No. 343-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Exhibit B | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 336 | Exhibit C | SEALED | Only sealed portions |

United States District Court
For the Northern District of California

| | | | narrowly tailored to confidential business information. |
|---|---|---|---|
| 343 | | | |
| 336 343 | Exhibit D | Designations highlighted in green at Docket No. 343-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Exhibit E | Designations highlighted in green at Docket No. 343-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Exhibit F | Designations highlighted in green at Docket No. 343-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 336 343 | Exhibit G | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Adaptix's Opposition to AT&T's Motion for Summary Judgment | Designations highlighted in yellow and green at Docket No. 344-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Caloyannides Declaration | Designations highlighted in yellow and green at Docket No. 344-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit B | Designations highlighted in green at Docket No. 344-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit E | Designations highlighted in green at Docket No. 344-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 339 344 | Exhibit F | Designations highlighted in green at Docket No. 344-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 339 344 | Exhibit G | Designations highlighted in green at Docket No. 344-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit H | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 339 344 | Exhibit I | Designations highlighted in green at Docket No. 344-9 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 345 | Adaptix's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1777: Docket No. 390. | |
| 346 369 371 | Adaptix's Opposition to AT&T, HTC and Verizon's Motion to Strike and Exclude the Opinions and Testimony of Philip Green | Designations highlighted in yellow at Docket No. 369-1 SEALED; designations highlighted in red at Docket No. 371-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 371 | Exhibit A | Designations highlighted in red at Docket No. 371-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 346 369 371 | Exhibit B | Designations highlighted in yellow at Docket No. 369-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 355 | AT&T's Reply in Support of its Motion for Summary Judgment and Exhibits | See entry re Case No. 13-1777: Docket No. 411 | |
| 358 | Defendants' Reply in Support of their Motion for Summary Judgment of Invalidity and Exhibits | See entry re Case No. 13-1776: Docket No. 360. | |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| 360 | Defendants' Reply in Support of Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1777: Docket No. 420. | |
| 362 | HTC's Reply Brief in Support of Motion for Summary Judgment of No Direct Infringement | Designations highlighted in yellow at Docket No. 362-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 362 | Exhibit 10 | Designations highlighted in yellow at Docket No. 362-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 362 | Exhibit 11 | Designations highlighted in yellow at Docket No. 362-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 364 | AT&T, HTC and Verizon's Reply in Support of Motion to Strike and Exclude the Opinions and Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket No. 422. | |
| **Case No. 13-1844** | | | |
| 287 293 295 319 | Verizon's Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 350. | |
| 289 | HTC's Motion for Summary Judgment of No Direct Infringement and Exhibits | See entry re Case No. 1778: Docket No. 305. | |
| 290 | Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 314. | |
| 299 302 | AT&T, HTC and Verizon's Motion to Strike and Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket Nos. 367, 372. | |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 303 | Opposition to Adaptix's Motion for Partial Summary Judgment and Exhibits | See entry re Case No. 13-1776: Docket No. 332. | |
|---|---|---|---|
| 306 313 | Adaptix's Opposition to HTC's Motion for Summary Judgment of No Direct Infringement | Designations highlighted in yellow and green at Docket No. 313-3 SEALED; designations highlighted in green at Docket No. 314-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 313 | Calyonnides Declaration | Designations highlighted in yellow and green at Docket No. 313-4 SEALED; designations highlighted in green at Docket No. 314-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit A | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit B | Designations highlighted in green at Docket No. 314-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit E | Designations highlighted in green at Docket No. 314-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit F | Designations highlighted in green at Docket No. 314-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 313 | Exhibit G | Designations highlighted in green at Docket No. 313-5 SEALED; all other designations | Only sealed portions narrowly tailored to confidential business |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | UNSEALED. | information. |
|---|---|---|---|
| 306<br>313 | Exhibit H | Designations highlighted in green at Docket No. 313-6 SEALED; designations highlighted in green at Docket No. 314-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit I | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 306 | Exhibit J | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 308 | Exhibit D to Adaptix's Opposition to Defendants' Motion for Summary Judgment and Exhibits | See entry re Case No. 13-1776: Docket No.338. | |
| 310 | Adaptix's Opposition to Verizon's Motion for Summary Judgment of Non-Infringement | Designations highlighted in green at Docket No. 316-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Calyonnides Declaration | Designations highlighted in green at Docket No. 316-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit A | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit B | Designations highlighted in green at Docket No. 316-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit C | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit D | SEALED | Only sealed portions narrowly tailored to confidential business information. |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 310 | Exhibit E | Designations highlighted in green at Docket No. 316-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 310 | Exhibit F | Designations highlighted in green at Docket No. 316-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit G | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 310 | Exhibit H | Designations highlighted in green at Docket No. 316-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit I | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 310 | Exhibit J | SEALED | Only sealed portions narrowly tailored to confidential business information. |
| 317 318 | Adaptix's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket Nos. 346, 348. | |
| 320 341 342 344 | Adaptix's Opposition to AT&T, HTC and Verizon's Motion to Exclude Opinions and Testimony of Philip Green | Designations highlighted in yellow at Docket No. 320-4 SEALED; designations highlighted in green at Docket No. 341-1 SEALED; designations highlighted in red at Docket No. 344-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 344 | Exhibit A | Designations highlighted in red at Docket No. 344-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 320 341 | Exhibit B | Designations highlighted in yellow at Docket No. 342-1 SEALED; designations | Only sealed portions narrowly tailored to confidential business |

31

| 342 | | highlighted in green at Docket No. 341-2 SEALED; all other designations UNSEALED. | information. |
|---|---|---|---|
| 327 | Defendants' Reply in Support of their Motion for Summary Judgment of Invalidity and Exhibits | See entry re Case No. 13-1776: Docket No. 360. | |
| 329 | Defendants' Reply in Support of Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 369. | |
| 331 | HTC's Reply Brief in Support of Motion for Summary Judgment of No Direct Infringement and Exhibits | See entry re Case No. 13-1778: Docket No. 362. | |
| 331 340 | Exhibit 11 | Designations highlighted in green at Docket No. 340-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 332 | Verizon's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 365. | |
| 335 | AT&T, HTC and Verizon's Reply in Support of Motion to Strike and Exclude the Opinions and Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket No. 422. | |
| **Case No. 13-2023** | | | |
| 304 318 | AT&T's Letter Brief in Support of Motion to Strike and Exhibits | See entry re Case No. 13-1777: Docket Nos. 328, 343. | |
| 310 323 | AT&T's Motion for Summary Judgment of No Direct Infringement and Exhibits | See entry re Case No. 13-1777: Docket Nos. 334, 348. | |
| 312 317 351 | Apple's Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No.335. | |

**United States District Court**
For the Northern District of California

| 314 | Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket No. 314. | |
|---|---|---|---|
| 326 | Adaptix's Letter Brief in Opposition to AT&T's Motion to Strike and Exhibits | See entry re Case No. 13-1777: Docket Nos. 351. | |
| 339 | Apple's and Verizon's *Daubert* Motion to Exclude Testimony and Opinion and Exhibits | See entry re Case No. 13-1776: Docket No. 326. | |
| 341 345 | AT&T, HTC and Verizon's Motion to Strike and Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket Nos. 367, 372. | |
| 348 | Opposition to Adaptix's Motion for Partial Summary Judgment and Exhibits | See entry re Case No. 13-1776: Docket No. 332. | |
| 352 360 361 | Adaptix's Opposition to Apple's Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1777: Docket Nos. 380, 388, 389. | |
| 355 359 363 | Adaptix's Opposition to AT&Ts Motion for Summary Judgment and Exhibits | See entry re Case No. 13-1777: Docket Nos. 383, 387, 391. | |
| 362 | Adaptix's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1777: Docket No. 390. | |
| 365 378 399 404 | Adaptix's Opposition to Apple and Verizon's *Daubert* Motion to Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket Nos. 406, 428, 433. | |
| 383 | AT&T's Reply in Support of its Motion for Summary Judgment and Exhibits | See entry re Case No. 13-1777: Docket Nos. 411 | |

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 386 | Defendants' Reply in Support of their Motion for Summary Judgment of Invalidity and Exhibits | See entry re Case No. 13-1776: Docket No. 360. | |
| 388 | Apple's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1776: Docket Nos.363, 377. | |
| 390 | Apple and Verizon's Reply Brief in Support of *Daubert* Motion to Exclude Testimony of Philip Green and Exhibits | See entry re Case No. 13-1776: Docket No. 367. | |
| 392 | Defendants' Reply in Support of Motion for Summary Judgment of Non-Infringement and Exhibits | See entry re Case No. 13-1777: Docket No. 420. | |
| 394 | AT&T, HTC and Verizon's Reply in Support of Motion to Strike and Exclude the Opinions and Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket No. 422. | |
| 400 403 | Adaptix's Opposition to AT&T, HTC and Verizon's Motion to Exclude the Opinions and Testimony of Philip Green and Exhibits | See entry re Case No. 13-1777: Docket Nos. 432, 429, 393. | |

**SO ORDERED.**

Dated: November 20, 2014

PAUL S. GREWAL
United States Magistrate Judge

Case Nos. 5:13-cv-01776-PSG; -01777; 01778; -01844; -02023
OMNIBUS ORDER RE: MOTIONS TO SEAL