*[Counsel Listed in Signature Block Below]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br>Plaintiff,<br>v.<br><br>APPLE INC., et al.,<br>Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, INC.,<br>Plaintiff,<br>v.<br><br>AT&T mobility llc, et al.,<br>Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, INC.,<br>Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a verizon wireless, et al.,<br>Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, INC.,<br>Plaintiff,<br>v.<br><br>APPLE INC., et al.,<br>Defendants. | Case No. 5:13-cv-02023-PSG |

# [PROPOSED] ORDER GRANTING HTC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Defendants HTC America, Inc. and HTC Corporation (collectively "HTC") have moved to file under seal the following in connection with Defendants AT&T Mobility, LLC's, HTC Corporation's, HTC America, Inc.'s, and Verizon, Inc.'s Motion to Strike and Exclude the Opinions and Testimony of Philip Green:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| Case No. 13-1777 | | | |
| 367 | Exhibit 17 | Designations highlighted in green on pages 8, 27-29, 34-37, and 42-49 at Docket No. 367-19 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 367 | Exhibit 20 | Designations highlighted in green at Docket No. 367-22 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Case No. 13-1778 | | | |
| 328 | Exhibit 17 | Designations highlighted in green on pages 8, 27-29, 34-37, and 42-49 at Docket No. 328-20 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 328 | Exhibit 20 | Designations highlighted in green at Docket No. 328-23 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Case No. 13-1844 | | | |
| 299 | Exhibit 17 | Designations highlighted in green on pages 8, 27-29, 34-37, and 42-49 at Docket No. 299-19 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 299 | Exhibit 20 | Designations highlighted in green at | Only sealed portions narrowly tailored to |

| | | Docket No. 299-22 SEALED. | confidential business information. |
|---|---|---|---|
| Case No. 13-2023 | | | |
| 341 | Exhibit 17 | Designations highlighted in green on pages 8, 27-29, 34-37, and 42-49 at Docket No. 341-20 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 341 | Exhibit 20 | Designations highlighted in green at Docket No. 341-23 SEALED. | Only sealed portions narrowly tailored to confidential business information. |

Having considered Defendants' request, and good cause having been shown, the Court hereby GRANTS Defendants' Administrative Motion.

**IT IS SO ORDERED**

Dated: ___November 25___, 2014

*[signature]*
Hon. Paul S. Grewal
United States Magistrate Judge