UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE, INC., *et al*.,<br><br>            Defendants. | Case No. 5:13-cv-01776-PSG<br><br>**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**<br><br>**(Re: Docket No. 327)** |
| ADAPTIX, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE, INC., *et al*.,<br><br>            Defendants. | Case No. 5:13-cv-01777-PSG<br><br>**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**<br><br>**(Re: Docket Nos. 368, 369)** |

1
Case Nos.: 13-01776; -01777; -01778; -01844; -02023
**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC, *et al.*,<br><br>          Defendants. | Case No. 5:13-cv-01778-PSG<br><br>**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**<br><br>**(Re: Docket No. 329)** |
| ADAPTIX, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*,<br><br>          Defendants. | Case No. 5:13-cv-01844-PSG<br><br>**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**<br><br>**(Re: Docket No. 300)** |
| ADAPTIX, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE, INC., *et al.*,<br><br>          Defendants. | Case No. 5:13-cv-02023-PSG<br><br>**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**<br><br>**(Re: Docket Nos. 340, 342)** |

At the status hearing earlier today, Defendants Apple, Inc., AT&T Mobility, LLC, Cellco Partnership d/b/a as Verizon Wireless, HTC Corporation and HTC America, Inc. agreed to

2
Case Nos.: 13-01776; -01777; -01778; -01844; -02023
**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**

United States District Court
For the Northern District of California

withdraw their *Daubert* motions[1] in light of the court's ruling on the motions for summary judgment of non-infringement.[2]  In light of the withdrawal, the court DENIES the Defendants' *Daubert* motions without prejudice.

**SO ORDERED.**

Dated: January 22, 2015

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Case No. 13-01776: Docket No. 326-4; Case No. 13-01778: Docket No. 328-5.

[2] *See* Case No. 13-01776: Docket No. 405.

3
Case Nos.: 13-01776; -01777; -01778; -01844; -02023
**ORDER DENYING MOTIONS TO EXCLUDE AND STRIKE TESTIMONY OF PHILIP GREEN**