UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>     v.<br>APPLE, INC., *et al*.,<br><br>                    Defendants. | Case No. 5:13-cv-01776-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 416, 417)** |
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>     v.<br>APPLE, INC., *et al*.,<br><br>                    Defendants. | Case No. 5:13-cv-01777-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 486, 487)** |
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>     v.<br>AT&T MOBILITY LLC, *et al*.,<br><br>                    Defendants. | Case No. 5:13-cv-01778-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 411, 412, 413)** |

1
Case Nos.: 5:13-cv-01776; -01777; -01778; -01844; -02023
ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT

| | |
|---|---|
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:13-cv-01844-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>(Re: Docket Nos. 381, 382) |
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>APPLE, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:13-cv-02023-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>(Re: Docket Nos. 458, 459) |

　　　　Due to the parties' inability to agree on a proposed form of judgment, the parties shall appear—either in person or telephonically—this afternoon at 3:00 PM to discuss the disputed issues with the court.

**SO ORDERED.**

Dated: February 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge