UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>APPLE, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:13-cv-01776-PSG<br><br>**ORDER RE: DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 495)** |
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>APPLE, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:13-cv-01777-PSG<br><br>**ORDER RE: DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 556)** |
| ADAPTIX, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>AT&T MOBILITY LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:13-cv-01778-PSG<br><br>**ORDER RE: DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 472)** |

| | |
|---|---|
| ADAPTIX, INC.,<br><br>          Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al.,<br><br>          Defendants. | Case No. 5:13-cv-01844-PSG<br><br>**ORDER RE: DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 439)** |
| ADAPTIX, INC.,<br><br>          Plaintiff,<br>v.<br><br>APPLE, INC., et al.,<br><br>          Defendants. | Case No. 5:13-cv-02023-PSG<br><br>**ORDER RE: DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 529)** |

The court granted Defendants Apple Inc., AT&T Mobility LLC, Verizon Wireless and HTC Corporation leave to file a supplemental brief regarding Defendants' Motion for Attorneys' Fees.[1] Plaintiff Adaptix, Inc. shall submit any response by Friday, July 31, 2015.

**SO ORDERED.**

Dated: July 23, 2015

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Case No. 13-cv-01776: Docket No. 495.